DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| | | | |
|---|---|---|---|
| 246P16 | Christopher Charles Friscia and Maria Adriana Friscia v. Nathan J. Taylor, et al. d.b.a. Nathan J. Taylor, McGuire Woods, et al. Law Firm | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied **07/13/2016** |
| 247P16 | State v. Jonathan Eugene Brunson | Def's *Pro Se* PDR | Dismissed |
| 249P11-5 | State v. Bobby Ray Grady | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-433) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's *Pro Se* Motion to Procure Documents and Transcripts at the Government's Expense | 3. Dismissed as moot |
| 252PA14-2 | State v. Thomas Craig Campbell | Def's Motion to Strike Section D of the State's Brief as Outside the Scope of this Court's Special Order Allowing the State's PDR in Part and Denying the State's PDR in Part | Denied **08/10/2016** |
| 252PA15 | In re D.L.W., D.L.N.W., V.A.W. | 1. Respondent-Mother's *Pro Se* Petition for Rehearing | 1. Denied **06/29/2016** |
| | | 2. Respondent-Mother's *Pro Se* Motion to Stay the Mandate | 2. Denied **06/29/2016** |
| 257P16 | William Gerald Price v. Pamela Barlow, et al., d.b.a. Clerk of Superior Court of Ashe, North Carolina | 1. Petitioner's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied |
| | | 2. Respondent's (Federal Mortgage Association a/k/a Fannie Mae) Motion for Sanctions | 2. Dismissed without prejudice |
| 258P16 | State v. Richard Lee Nealen | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **07/11/2016** |
| 259P16 | In the Matter of O.D.S. | Respondent-Father's PDR Under N.C.G.S. § 7A-31 (COA15-1153) | Denied |
| 262P16 | Ronald G. Keaton, Jr., Employee v. ERMC, III, Employer, New Hampshire Insurance Company, Carrier (Carl Warren & Company, Third-Party Administrator) | 1. Def's Motion for Temporary Stay | 1. Allowed **07/13/2016** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. |
| | | 4. Def's Motion to Hold PDR in Abeyance | 4. |